UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-22413-BECERRA

U.S. BANK NATIONAL ASSOCIATION,

      Plaintiff,

vs.

MACK WELLS, *et al.*,

      Defendants.

_____/

## ORDER OF TRANSFER

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. Good cause appearing that a transfer of this case is appropriate pursuant to Internal Operating Procedure 2.15.00 of the United States District Court for the Southern District of Florida, due to the related nature of the previously filed case, **Case Number 23-cv-22640-MARTINEZ**, and subject to the consent of the Honorable Jose E. Martinez, it is

      **ORDERED AND ADJUDGED** that the above numbered case is transferred to the calendar of Judge Jose E. Martinez for all further proceedings.

      **DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of June, 2024.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE

After reviewing the file in the above numbered case, the undersigned accepts the transfer of this case.   Therefore, it is

**ORDERED AND ADJUDGED** that all pleadings filed after this date shall bear the following case number, **23-cv-22640-MARTINEZ**, indicating the Judge to whom all pleadings should be routed.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___26___ day of June, 2024.

 

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE