UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number:  24-22413-CIV-MARTINEZ**

U.S. BANK NATIONAL ASSOCIATION,

     Plaintiff,

v.

MACK WELLS, *et al.*,

     Defendants.

_____/

## ORDER CONSOLIDATING CASE

**THIS CAUSE** came before the Court *sua sponte*.  U.S. District Judge Jacqueline Becerra transferred this case to the undersigned because it is related to *Mack Wells and Maurice Symonette v. U.S. Bank National Association, et al.*, No. 23-22640-CIV-MARTINEZ (S.D. Fla.), an action before the undersigned.  Accordingly, pursuant to Federal Rule of Civil Procedure 42(a) and Internal Operating Procedures 2.15.00(c) of the Southern District of Florida it is hereby:

**ORDERED AND ADJUDGED** that the above-captioned action is **CONSOLIDATED** into *Mack Wells and Maurice Symonette v. U.S. Bank National Association, et al.*, No. 23-22640-CIV-MARTINEZ (S.D. Fla.) (the "Main Case") for pretrial purposes.  The Court reserves judgment on consolidation for trial.  All further pleadings and filings in connection with this case shall be filed in the Main Case.

The Clerk of Court is Directed to file a copy of this Order in the above-captioned case.  The Clerk if further **DIRECTED** to **ADMINISTRATIVELY CLOSE** Case No. 24-22413-CIV-MARTINEZ.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3ʳᵈ day of October, 2024.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to: All Counsel of Record