**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

Case No. 1:24-cv-22413-JEM
(Consolidated with Case No. 1:23-cv-22640-JEM)

U.S. BANK NATIONAL ASSOCIATION, AS
TRUSTEE FOR RESIDENTIAL ASSET
SECURITIES CORPORATION, HOME
EQUITY MORTGAGE ASSET-BACKED
PASS-THROUGH CERTIFICATES, SERIES
2005-AHL3,

      Plaintiff,

v.

MACK WELLS and MAURICE
SYMONETTE,

      Defendants.

                                        /

========================================================================

**APPENDIX IN SUPPORT OF U.S. BANK'S**
**MOTION TO REMAND AND FOR INJUNCTION**

========================================================================

Respectfully submitted this May 15, 2025.

Eve A. Cann
Florida Bar No. 40808
ecann@bakerdonelson.com
Spencer D. Leach
Florida Bar No.: 110753
mfeluren@bakerdonelson.com
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
200 East Broward Blvd, Suite 2000
Fort Lauderdale, Florida 33301
Telephone: (954) 768-1600
Facsimile: (954) 333-3930
*Co-counsel for Plaintiff*

## <u>INDEX TO APPENDIX</u>

| DOCUMENT DESCRIPTION | BATES-RANGE |
|---|---|
| a. The docket of the proceeding before the 11th Judicial Circuit in and for Miami-Dade County, Florida, entitled *U.S. Bank (NA) v. Leroy Williams*, Case No. 2010-061928-CA-01 (the "Foreclosure Action"). | **U.S. Bank 00001-00037** |
| b. The motion for leave to file amended complaint and order granting it filed in the Foreclosure Action. | **U.S. Bank 00038-00081** |
| c. The final judgment of foreclosure entered in the Foreclosure Action (the "Final Judgment"). | **U.S. Bank 00082-00087** |
| d. The mandate for the per curiam affirmance of the Final Judgment in the Foreclosure Action. | **U.S. Bank 00088-00089** |
| e. The certificate of sale entered in the Foreclosure Action. | **U.S. Bank 00090-00094** |
| f. The certificate of title entered in the Foreclosure Action. | **U.S. Bank 00095-00095** |
| g. The order granting plaintiff's motion for writ of possession and writ of possession issued in the Foreclosure Action. | **U.S. Bank 00096-00099** |
| h. The dockets for the appeals to the Third District Court of Appeal of the State of Florida of and related to the Foreclosure Action, including Case Nos. 3D2-18-2725, 3D2017-2804, SC2018-2075, 3D19-2405, 3D2020-0423, 3D2020-0424, 3D2020-0719, 3D2022-2141, 3D2023-1827, 3D2024-0960, 3D2024-0962. | **U.S. Bank 00100-00152** |
| i. The docket of the proceeding before the U.S. District Court for the Southern District of Florida, entitled *U.S. Bank, National Association v. Wells, et al.*, Case No. 1:23-cv-22848 (the "Prior Removal Action"). | **U.S. Bank 00153-00155** |
| j. The Notice of Removal in the Prior Removal Action. | **U.S. Bank 00156-00177** |
| k. The Order Remanding Case entered in the Prior Removal Action. | **U.S. Bank 00178-00182** |
| l. The cases, pleadings, and resulting final orders entered in the cases included in the compiled federal action case list of federal cases filed or removed by Mack Wells and Maurice Symonette. | **U.S. Bank 00183-00185** |
| m. Notices of publication entered in the Foreclosure Action. | **U.S. Bank 00186-00187** |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 15, 2025, a true and correct copy of the foregoing was filed electronically and was sent by e-mail from the Florida Courts' E-Filing Portal system to those parties registered with it, and otherwise sent by U.S. Mail to those parties not registered, including:

Mack Wells
15020 S. River Drive
Miami, Florida 33187
*Pro se Plaintiff*

Maurice Symonette
15020 S. River Drive
Miami, Florida 33187
*Pro se Plaintiff*

Michael Roy Esposito, Esq.
**Blank Rome LLP**
100 S. Ashley Drive, Suite 600
Tampa, Florida 33602
Telephone: (813) 255-2324
Facsimile: (813) 433-5352
Michael.esposito@blankrome.com
BRFLeservice@blankrome.com
*Co-Counsel for Defendant U.S. Bank and Counsel for Defendant Mortgage Electronic Registration Systems, Inc.*

Jose Angel Casal, Esq.
**Holland & Knight**
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: (305) 789-7713
Facsimile: (305) 789-7799
jose.casal@hklaw.com
josie.vila@hklaw.com
*Attorneys for Defendant Juan Fernandez-Barquin, Clerk of the Court of the Eleventh Judicial Circuit and Comptroller of Miami-Dade County, Florida*

Christopher Michael Sutter, Esq.
**Florida Office of the Attorney General**
110 SE 6th Street, 10th Floor
Fort Lauderdale, Florida 33301
Telephone: (954) 712-4600
Facsimile: (954) 527-3702
Christopher.Sutter@myfloridalegal.com
*Counsel for Defendants Judge Bronwyn Miller, Judge Edwin Scales, Judge Miguel de la O, Judge Valerie Manno Schurr, Judge Samantha Cohen, Judge Carlos Lopez, Judge Jennifer Bailey, and Judge Vivianne Del Rio*

/s/ Eve A. Cann
Eve A. Cann