UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 24-22413-CIV-MARTINEZ

U.S. BANK NATIONAL ASSOCIATION,

      Plaintiff,

v.

MACK WELLS, *et al.*,

      Defendants.

_____/

## ORDER STRIKING MOTION

**THIS CAUSE** is before the Court upon Plaintiff's Motion to Remand to state Court and for Injunction ("Motion"). (ECF No. 11). On October 3, 2024, this Court consolidated the instant case with Case No. 23-22640-CIV-MARTINEZ (the "Main Case"). (ECF No. 8). This Court's Order Consolidating Case directed the parties to file all further pleadings and filings in the Main Case. (*See id.*) For the foregoing reasons, it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion, (ECF No. 11), is hereby **STRICKEN**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _16_ day of May 2025.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record